IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MILTON,

        Plaintiff,                    CV F 05 0252 OWW WMW P

   vs.                                 ORDER

F. MUNOZ, et al.,

        Defendants.

On July 2, 2007, Plaintiff sent to the court a copy of the complaint in this action. Plaintiff is advised that judgment was entered in this action of January 26, 2006. This action has been dismissed for failure to prosecute. This case has been closed and the court will no longer accept any submissions from Plaintiff.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall return to Plaintiff the copy of the complaint received by the Court on July 2, 2007.

IT IS SO ORDERED.

Dated:   July 9, 2007                  /s/ William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE

1